NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNILOC LUXEMBOURG S.A., UNILOC USA, INC.,**
*Plaintiffs - Cross-Appellants*

v.

**ELECTRONIC ARTS, INC.,**
*Defendant - Appellant*

---

15-1679, -1706

---

Appeals from the United States District Court for the Eastern District of Texas in No. 6:13-cv-00259-RWS, Judge Robert Schroeder, III.

---

### **O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Eastern District of Texas, it is hereby,

    ORDERED that the appeal be, and the same hereby is, REACTIVATED effective February 2, 2016. The appellant's brief is due on April 4, 2016.

                                    FOR THE COURT

February 2, 2016            /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

cc: Clerk's Office, United States District Court for the Eastern District of Texas
James Etheridge
Robert A. Van Nest