NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNILOC LUXEMBOURG S.A., UNILOC USA, INC.,**
*Plaintiffs - Cross-Appellants*

v.

**ELECTRONIC ARTS, INC.,**
*Defendant - Appellant*

---

15-1679, 15-1706

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 6:13-cv-00259-RWS United States District Judge Robert Schroeder III

---

**O R D E R**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

                                  FOR THE COURT

February 9, 2016            /s/ Daniel E. O'Toole
                                    Daniel E. O'Toole
                                    Clerk of Court

**ISSUED AS A MANDATE:** February 9, 2016

cc: Clerk's Office, United States District Court for the Eastern District of Texas